Loeb v. Yovin, 187 Ill. App. 219.

# Nellie Loeb, Defendant in Error, v. Blanche Yovin, Plaintiff in Error.

## Gen. No. 19,075.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in this court at the March term, 1913. Reversed and remanded. Opinion filed May 25, 1914.

## Statement of the Case.

This is a writ of error in the replevin suit referred to in *Loeb v. Yovin*, p. 217, *ante*. The cause was tried by the court without a jury and the court found for plaintiff on the same evidence that was presented in that case, and for the reasons stated in that case *held* that the finding was against the weight of the evidence.

CHARLES DANIELS, for plaintiff in error.

GOLDZIER, RODGERS & FROEHLICH, for defendant in error.

MR. JUSTICE BROWN delivered the opinion of the court.